UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, JR., | No. 2:18-cv-2806 AC P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion to recover costs. ECF No. 28. In his motion, plaintiff request the court order recovery of the filing fee because he should be considered the prevailing party and is therefore entitled to costs as a matter of right. Id. at 2. However, the parties filed a stipulation for voluntary dismissal that stated each party was to bear its own costs and that there was no prevailing party in this action. ECF No. 22. Plaintiff's argument that he is entitled to his costs is therefore without merit.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to recover costs (ECF No. 28) is DENIED.

2. Plaintiff is advised that any further documents will be disregarded and no orders will issue in response to future filings.

DATED: November 9, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE